**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

MLCFC-2007-7 SEAWAY ROAD, LLC                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:20-CV-347-HSO-RPM

NEW COAST CARDIOLOGY, PLLC, BHARAT
H. SANGANI, M.D., STEPHEN N. BAKER, M.D.,
JAY J. LIBYS, M.D., MANOJ P. SHAH, M.D. AND
CYRIL V.K. BETHALA, M.D.                              DEFENDANTS

**BHARAT H. SANGANI, M.D.'S NOTICE OF SERVICE OF HIS RESPONSES TO
PLAINTIFF'S FIRST SET OF COMBINED DISCOVERY REQUESTS**

NOTICE IS HEREBY GIVEN, pursuant to Rule 5(d)(3) of the Uniform Local Rules of

Civil Procedure, that Defendant, Bharat H. Sangani, M.D., has this date served the following

response(s) in the above-entitled action:

- Bharat H. Sangani, M.D.'s Responses to Plaintiff's First Set of Requests for Production.
- Bharat H. Sangani, M.D.'s Responses to Plaintiff's First Set of Interrogatories.

The undersigned retains the original(s) of the above referenced document(s) as custodian thereof

pursuant to the Local Rules.

**RESPECTFULLY SUBMITTED,** this the 17th day of September 2021.

BY: DUMMER LAW GROUP, PLLC

*/S/ Chad A. Ruhr*
CHAD A. RUHR MS BAR NO. 105725

DUMMER LAW GROUP, PLLC
796 Howard Avenue – 1st Floor
Biloxi, MS 39530
Phone: 228.392.2003
Fax: 228.392.7618
cruhr@dlg-pllc.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which sent notification of such filing (NEF) to the following:

Ryan O. Luminais
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street Suite 2800
New Orleans, LA 70112
Phone: 504-299-2100
rluminais@shergarner.com

Harry M. Byrne (Pro Hac Vice)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: 215.979.1136
Fax: 215.689.4925
hmbyrne@duanemorris.com

Paul E. Chronis (Pro Hac Vice)
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Phone: 312.499.6765
Fax: 312.577.0728
pechronis@duanemorris.com

R. Douglas Vaughn
DEUTSCH KERRIGAN, LLP
2510 14th Street, Suite 1001
Gulfport, MS 39501
Phone: 228.864.0161
Fax: 228.863.5278

SO CERTIFIED, this the 17th day of September 2021.

BY: DUMMER LAW GROUP, PLLC

*/S/ Chad A. Ruhr*
CHAD A. RUHR MS BAR NO. 105725

DUMMER LAW GROUP, PLLC
796 Howard Avenue – 1st Floor
Biloxi, MS 39530
Phone: 228.392.2003
Fax: 228.392.7618
cruhr@dlg-pllc.com