**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

|  |  |
|---|---|
| ML-CFC-2007-7 SEAWAY ROAD, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>NEW COAST CARDIOLOGY, PLLC, BHARAT H. SANGANI, M.D., STEPHEN N. BAKER, M.D., JAY J. LIBYS, M.D., MANOJ P. SHAH, M.D. AND CYRIL V.K. BETHALA, M.D.,<br><br>Defendants. | Case No.: 1:20-cv-00347-HSO-RPM |

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between Plaintiff, ML-CFC-2007-7 Seaway Road, LLC and Defendants, New Coast Cardiology, PLLC, Bharat H. Sangani, M.D., Stephen W. Baker, M.D., Jay J. Libys, M.D., Manoj P. Shah, M.D., and Cyril V.K. Bethala, M.D. that this action, including all claims, counterclaims and other claims of any nature, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

Dated: May 11, 2022

/s/ Ryan O. Luminais
Ryan O. Luminais
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street Suite 2800
New Orleans, LA 70112
Phone: 504-299-2100
rluminais@shergarner.com

Paul E. Chronis (*Pro Hac Vice*)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Phone: 312.499.6765
Fax: 312.577.0728
pechronis@duanemorris.com

Harry M. Byrne (*Pro Hac Vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: 215.979.1136
Fax: 215.689.4925
hmbyrne@duanemorris.com

*Counsel for Plaintiff*

Dated: May 11, 2022        /s/ Stephen W. Dummer (with permission)
                          Stephen W. Dummer, MSB# 102341
                          **DUMMER LAW GROUP, PLLC**
                          796 Howard Avenue – 1st Floor
                          Biloxi, MS 39530
                          Phone: 228.392.2003
                          Fax: 228.392.7618
                          sdummer@dlg-pllc.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which sent notification of such file (NEF) to the following:

Stephen W. Dummer
Dummer Law Group, PLLC
796 Howard Avenue-1st Floor
Biloxi, Mississippi 39530

CERTIFIED this 11th day of May, 2022.

/s/ Ryan O. Luminais
_____
RYAN O. LUMINAIS

2